| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Williamson, Michael G. | 2. Court or Organization<br><br>Bankruptcy Court-M.D. Florida | 3. Date of Report<br><br>5/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Ave., Ste. 840<br>Tampa, FL 33602 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April). |
| 2. | 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Stetson University School of Law-Teaching | $2,550.00 |
| 2. 2015 | West Services, Inc.-Royalties from Bankruptcy Law Manual | $18,561.77 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | State of Florida - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/21/2015-1/22/2015 | Orlando, FL | Mid-Year Meeting | Transportation, lodging, meals |
| 2. | American College of Bankruptcy | 1/23/2015-1/25/2015 | Sarasota, FL | Eleventh Circuit Fellows Retreat | Lodging, registration/meals |
| 3. | National Conference of Bankruptcy Judges | 2/5/2015-2/6/2015 | Dallas, TX | Future of the Conference Committee Meeting | Transportation, lodging, meals |
| 4. | American Bankruptcy Institute | 3/7/2015 | Tampa, FL | Seminar Panelist | Meals |
| 5. | The Florida Bar | 3/24/2015-3/29/2015 | Venice, Italy | Business Law Section Executive Council Retreat | Transportation, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Williamson, Michael G.** | 5/11/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | 4/18/2015–4/19/2015 | Washington, DC | Seminar Panelist | Transportation, meals |
| 7. | Central Florida Bankruptcy Law Association | 4/22/2015–4/23/2015 | Orlando, FL | Seminar Panelist | Transportation, lodging, meals |
| 8. | Bankruptcy Bar Association of the Southern District of Florida | 5/7/2015–5/10/2015 | Bonita Springs, FL | Seminar Panelist | Lodging, registration/meals |
| 9. | The Florida Bar | 5/14/2015–5/15/2015 | Tampa, FL | Seminar Panelist | Meals |
| 10. | American Conference Institute | 5/28/2015–5/29/2015 | New York, NY | Seminar Panelist | Transportation, lodging, meals |
| 11. | The Florida Bar | 6/24/2015–6/26/2015 | Boca Raton, FL | Annual Meeting | Transportation, lodging, meals |
| 12. | Jacksonville Bankruptcy Bar Association | 8/20/2015–8/22/2015 | Ponte Vedra Beach, FL | Seminar Panelist | Transportation, lodging, meals |
| 13. | Cincinnati Bar Association | 8/26/2015–8/27/2015 | Cincinnati, OH | Seminar Panelist | Transportation, lodging, meals |
| 14. | The Florida Bar | 9/4/2015–9/7/2015 | Naples, FL | Business Law Section Retreat | Transportation, lodging, registration/meals |
| 15. | National Conference of Bankruptcy Judges | 9/15/2015–9/17/2015 | Washington, DC | Congressional Visits | Transportation, lodging, meals |
| 16. | National Conference of Bankruptcy Judges | 9/26/2015–9/30/2015 | Miami, FL | Seminar Panelist; Annual Conference | Transportation, lodging |
| 17. | The Florida Bar | 11/5/2015–11/6/2015 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Line of Credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Schwab-Homestead R.E. Tax Account (H) | | | | | | | | | |
| 2.  - Money Market Account | | None | J | T | | | | | |
| 3.  Schwab-Joint Tenants Account (H) | | | | | | | | | |
| 4.  - Money Market Account | | None | J | T | | | | | |
| 5.  - Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 6.  AllianzValueMark Annuity | | None | K | T | | | | | |
| 7.  Phoenix Universal Life Ins. | D | Int./Div. | L | T | | | | | |
| 8.  MFS IRA (H) | | | | | | | | | |
| 9.  - MFS Growth Fund-A | B | Int./Div. | K | T | | | | | |
| 10.  Schwab IRA (H) | | | | | | | | | |
| 11.  - DFA Emerging Markets Core Equity Portfolio | A | Dividend | L | T | Buy (add'l) | 09/21/15 | J | | |
| 12.  - DFA Emerging Markets Value Portfolio | A | Dividend | K | T | Buy (add'l) | 09/21/15 | J | | |
| 13.  - DFA Two Year Global Fixed Income Portfolio | A | Dividend | M | T | | | | | |
| 14.  - DFA US Large Co. Portfolio | B | Dividend | M | T | | | | | |
| 15.  - DFA US Large Cap Value Portfolio | D | Dividend | M | T | Buy (add'l) | 09/21/15 | J | | |
| 16.  - DFA US Micro Cap Portfolio | C | Dividend | K | T | | | | | |
| 17.  - DFA US Small Cap Value Portfolio | C | Dividend | L | T | Buy (add'l) | 09/21/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Commodity Real Return Strategy FD Instl | A | Dividend | | | Sold | 12/16/15 | K | | |
| 19. - Pimco High Yield Spectrum Instl | A | Dividend | K | T | Sold (part) | 09/21/15 | K | | |
| 20. - Vanguard Total Bond Mkt Index Admiral Shr | A | Dividend | | | Sold | 03/30/15 | M | | |
| 21. - DFA Intl Vector Eqty Port | A | Dividend | K | T | | | | | |
| 22. - DFA International Core Equity Portfolio | A | Dividend | M | T | Buy (add'l) | 06/18/15 | J | | |
| 23. | | | | | Buy (add'l) | 12/16/15 | K | | |
| 24. - DFA Global Real Estate Securities Portfolio | B | Dividend | L | T | | | | | |
| 25. - DFA Short Term Extended Quality Port Instl | A | Dividend | M | T | | | | | |
| 26. - Vanguard Inflation Protected Secs Adm Shr | A | Dividend | K | T | | | | | |
| 27. - DFA Short Duration Real Return Port Inst | A | Dividend | K | T | | | | | |
| 28. - DFA Inter Term Extended Quality Port Inst Cl | A | Dividend | L | T | Buy | 03/30/15 | L | | |
| 29. - Vanguard Mortgage Backed Sec Index Admiral | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 30. SunTrust bank accounts | A | Interest | J | T | | | | | |
| 31. Smart 529 College Savings Plan-Grandchild #1 (H) | | | | | | | | | |
| 32. - Aggressive Growth Portfolio D | | None | J | T | | | | | |
| 33. MassMutual Life Ins. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.A., Line 1: Compensation is within the limitation set forth in Section 3(a) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment; and prior approval was sought and obtained as required by Section 5(a)(5).

Part III.A., Line 2: Royalties do not constitute outside earned income, pursuant to Section 3(b)(5) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment.

Part VI: The Capital One Credit Card that was listed at Line 1 of the 2014 Report did not exceed $10,000 as of the last day of the reporting period for 2015 and is thus not reportable.

Part VII, Line 20: Vanguard Total BD Mkt Index Signal (listed at Line 20 of the 2014 Report) is not listed because it merged on 6/4/14 with Vanguard Total Bond Mkt Index Admiral Shr (listed at Line 20 of this Report).

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 5/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544